AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Melika Shafiee, | ) | |
| *Plaintiff(s)* | ) ) ) ) | |
| v. | ) | Civil Action No. 2:19-cv-07246-DSF (KSx) |
| IQ Data International Inc / Rent Collect Global | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> IQ Data International Inc / Rent Collect Global
> 21222 30th Dr. Suite 120
> Bothell, WA 98208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Trinette G. Kent, Esq.
> Lemberg Law, LLC.
> 3219 East Camelback Road, #588
> Phoenix, AZ 85018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date: 08/22/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-07246-DSF (KSx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CORPORATION SERVICE COMPANY, REGISTERED AGENT FOR IQ DATA INTERNATIONAL INC/RENT COLLECT GLOBAL was received by me on *(date)* Aug 28, 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jim DiVincenzo, Process Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* CORPORATION SERVICE COMPANY, REGISTERED AGENT FOR IQ DATA INTERNATIONAL INC/RENT COLLECT GLOBAL on *(date)* Thu, Aug 29 2019 @ 9:10 a.m. ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $55.00.

I declare under penalty of perjury that this information is true.

Date: August 29, 2019

_____
*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 29, 2019, 9:10 am EDT at 84 STATE ST, BOSTON, MA 02109-2200 received by Jim DiVincenzo, Process Specialist.

**Documents Served:** ISSUED SUMMONS; COMPLAINT; CIVIL COVER SHEET; P'S CERTIFICATE OF INTERESTED PARTIES; MAGISTRATE CONSENT FORM; NOTICE OF ASSIGNMENT; NOTICE OF ADR; AND STANDING ORDER.